UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: DMCA SUBPOENA TO EBAY INC.

MISC. CIVIL ACTION NO.

3:17mc 210 (VAB)

NOVEMBER 10, 2017

FILED
2017 NOV 13 P 4: 47
US DISTRICT COURT
BRIDGEPORT CT

## APPLICATION FOR SUBPOENA UNDER THE DIGITAL MILLENIUM COPYRIGHT ACT

Pursuant to 17 U.S.C. § 512, the Digital Millennium Copyright Act ("DMCA"), the undersigned, on behalf of BSA | The Software Alliance ("BSA"), and, in turn, its members, Dassault Systèmes, Autodesk, Inc., and CNC Software, Inc. (collectively, the "Applicants"), hereby requests that the Clerk for the United States District Court for the District of Connecticut issue a subpoena directed to eBay Inc. ("eBay") requesting production of documents necessary to identify the person(s) operating the following eBay seller accounts:

a. jdelar67
b. m_haley81
c. sathish1234567890
d. kurdavikevi
e. noorzareah
f. tj7282
g. jamiejj223
h. techsavvy111
i. scratching-n-surviving

    j. annleehe-0

    k. talishbedwel0

In support of this request, and in accordance with the DMCA, the undersigned provides herewith the following:

1. Proposed Subpoena (attached hereto as Exhibit A);
2. Declaration of BSA | The Software Alliance, on behalf of Applicants, which includes evidence of the notifications of copyright infringement submitted to eBay (attached hereto as Exhibit B); and
3. Declaration of Counsel (attached hereto as Exhibit C).

                THE APPLICANTS

By: ____/gcp/____
Brian C. Roche – ct 17975
Gerald C. Pia, Jr. – ct 21296
Roche Pia, LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Phone: (203) 944-0235
Fax: (203) 567-8033
E-mail: broche@rochepia.com
       gpia@rochepia.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on the date hereon, per the practices of the Court, this Application was filed manually with an electronic copy provided to the Court. The subpoena that is the subject of this Application will be served consistent with Fed. R. Civ. P. 45 or as directed by the Court.

/gcp/
Gerald C. Pia, Jr.
Brian C. Roche